UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.<br><br>    Debtor | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11 |
| Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>    Defendant. | Adv. No. 01-3170 |

## NOTICE OF APPEAL

Universal Forest Products, Inc. ("UFP"), the Defendant, appeals under 28 U.S.C. § 158(a) from the following judgments, orders, or decrees of the Bankruptcy Court entered in this adversary proceeding:

(A) Order of the Bankruptcy Court dated October 8, 2004, captioned **"ORDER DENYING UNIVERSAL FOREST PRODUCTS, INC.'S MOTION IN LIMINE #1 (SPOLIATION OF EVIDENCE)"** (attached as Exhibit A); and

(B) The **JUDGMENT** entered by the Bankruptcy Court on June 16, 2005 (attached as Exhibit B), together with the accompanying **MEMORANDUM OPINION** of the same date

1

(attached as Exhibit C), including all orders and decrees that are subsidiary to or merged into said Judgment.

|  |  |
|---|---|
| | Respectfully submitted: |
| DATED: JUNE 23, 2005 | MONZACK AND MONACO, P.A. |

*/s/ Kevin J. Mangan*
Kevin M. Mangan (#3810)
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
(302) 656-8162

and

VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Suite 1700
Grand Rapids, MI 49504
(616) 336-6000

Attorneys for Defendants