# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Hechinger Investment Company of | ) | Case No. 99-02261 (PJW) |
| Delaware, Inc., *et.al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| Hechinger Investment Company of | ) | |
| Delaware, Inc., *et al.*, Debtors | ) | |
| in Possession, | ) | |
| | ) | Adversary Proceeding |
| Plaintiffs, | ) | No. 01-3170 (PBL) |
| | ) | |
| v. | ) | |
| | ) | Related Documents: 68, 72, 74 |
| Universal Forest Products, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING UNIVERSAL FOREST PRODUCTS, INC.'S MOTION IN LIMINE #1 (SPOLIATION OF EVIDENCE)

AND NOW, this 8th day of **October, 2004**, upon consideration of Universal Forest Products, Inc.'s Motion in Limine #1 (Spoliation of Evidence) and it's Brief in Support of the Motion; Hechinger's Brief in Opposition to the Motion; and the Reply of Universal Forest Products thereto; and it appearing that this Court has jurisdiction over this matter and the parties to this proceeding, and due and sufficient notice of the Motion having been given it is hereby

ORDERED that Universal Forest Products, Inc.'s Motion in Limine #1 (Spoliation of Evidence) is **DENIED**.

_____
PAUL B. LINDSEY
UNITED STATES BANKRUPTCY JUDGE