UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court                                               824 Market Street
David D. Bird                                                Wilmington DE 19801
                                                             (302) 252-2900

**Date: 7/18/05**

To: Peter Dalleo, Clerk
    U.S. District Court
    U.S. Courthouse
    Wilmington DE 19801

**Re:**     <u>**Hechinger, etc. v. Universal Forest Products, Inc.**</u>

**<u>Bankruptcy Case No:</u>**        99-2261 PJW

**<u>Adversary Case No:</u>**         01-3170

Attached is the bankruptcy Record on Appeal #05-47. Designations are being sent by hand delivery by the Bankruptcy Court. Please acknowledge receipt on the copy provided.

                        Sincerely,

                        David Bird, Clerk

                        By:  <u>/s/Lori Coster</u>
                          Deputy Clerk

I hereby acknowledge receipt of the above Record on Appeal this _____day of _____, 2003.

By: _____
    Deputy Clerk, U.S. District Court

# TRANSMITTAL SHEET FOR NOTICE OF APPEAL TO THE
# U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #:** 01-3170
**Related Bankruptcy Case #:** 99-2261 PJW
**District Court Civil Action#:**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Lori M. Coster |
| **Case Type:** | Adversary |
| **Nature of Suit:** | 454 |
| **Cause of Transmittal:** | Cross Appeal |
| **Parties:** | Hechinger etc. v. Univeral Forest Products, Inc. |

**Plaintiff's Counsel:**

John T. Carroll

Cozen O'Connor

1900 Market Street

The Atrium

Philadelphia, PA 19801

302-295-2028

Fax : 302-295-2013

Email: jcarroll@cozen.com

Mark E. Felger

Cozen O'Connor

1201 N. Market Street, Ste 1400

Wilmington, DE 19801

usa

302-295-2087

Fax : 302-295-2013

Email: mfelger@cozen.com

**Defendant's Counsel:**

Kevin J Mangan

Monzack and Monaco P.A.

1201 Orange Street, Suite 400

Wilmington, DE 19801

302-656-8162

Fax : 302-656-2769

Email: kmangan@monlaw.com