UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
WILMINGTON DIVISION

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.<br><br>Debtor | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11 |
| Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession,<br><br>Plaintiff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>Defendant. | Adv. No. 01-3170 |

**RECORD AND ISSUES ON APPEAL**
**PURSUANT TO BANKRUPTCY RULE 8006**

Universal Forest Products, Inc. ("UFP"), by and through its attorneys, hereby provides the following designations of items to be included in the record on appeal and statement of the issues to be presented.

**RECORD ON APPEAL**

1. Transcript of the trial proceedings.

2. Plaintiff's Exhibits P1 through P56 (all of Plaintiff's exhibits).

3. UFP's Exhibits D1 through D63 (all of UFP's exhibits).

4. Plaintiff's First Amended Complaint.

1

5. UFP's Answer to Plaintiff's First Amended Complaint.

6. UFP's Motion in Limine #1 (Spoliation of Evidence).

7. UFP's Brief in Support of Motion in Limine #1 (Spoliation of Evidence), with attached exhibits.

8. Plaintiff's Brief in Opposition to UFP's Motion in Limine #1 (Spoliation of Evidence).

9. Reply of UFP to Plaintiff's Brief in Opposition to UFP's Motion in Limine #1 (Spoliation of Evidence), with attached exhibits.

10. Court's Order Denying UFP's Motion in Limine #1 (Spoliation of Evidence) dated October 12, 2004.

11. Court's Order Granting in Part and Denying in Part UFP's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment dated December 15, 2004.

12. Court's Memorandum Opinion Regarding the Motions and Cross-Motions for Summary Judgment dated December 15, 2004.

13. The "Joint Pretrial Memorandum."

14. Court's JUDGMENT dated June 16, 2005.

15. Court's Memorandum Opinion dated June 16, 2005.

**ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the Trial Court erred when it denied without opinion UFP's Motion in Limine #1 (Spoliation of Evidence).

2. Whether the Trial Court erred when it held that UFP had no defense under 11 U.S.C. § 547(c)(1).

3. Whether the Trial Court erred when it held that UFP had no defense under 11 U.S.C. § 547(c)(2).

        Respectfully submitted:

        **MONZACK AND MONACO, P.A.**

Dated: July 1, 2005        By: _/s/ Kevin M. Mangan_
        Kevin M. Mangan (#3810)
        1201 N. Orange Street, Suite 400
        P.O. Box 2031
        Wilmington, DE 19899
        (302) 656-8162

        and

        **VARNUM RIDDERING SCHMIDT & HOWLETT LLP**
        Michael S. McElwee (P36088)
        333 Bridge Street, N.W., Suite 1700
        Grand Rapids, MI 49504
        (616) 336-6000

        Attorneys for Defendants,
        Universal Forest Products, Inc.