UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.,<br><br>　　　　　　　　　　　　Debtor. | Bk. No. 99-02261-PJW<br><br>Chapter 11<br><br>Adv No. 01-3170 |
| Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., et al., Debtors in Possession,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>Universal Forest Products, Inc.,<br><br>　　　　　　　　　　　　Defendant. | |

## DESIGNATION OF ADDITIONAL RECORD ITEMS AND STATEMENT OF ISSUES PRESENTED ON CROSS-APPEAL
## OF THE JUDGMENT AND MEMORANDUM OPINION

Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession (the "Appellant"), pursuant to Bankruptcy Rule 8006, hereby submits its designation of additional items to be included in the record on appeal and cross-appeal and issues its statement of the issues to be presented on cross-appeal from the Judgment entered by the Bankruptcy Court on June 16, 2005 (Docket No. 114) (the "Judgment") and the Memorandum Opinion issued by the Honorable Paul B. Lindsey, United States Bankruptcy Judge, on June 16, 2005 (Docket No. 113) (the "Opinion"). The Appellant, for its cross-appeal, will also rely upon the documents included in the Record on Appeal of Universal Forest Products, Inc. dated July 1, 2005.

Designation of Additional Items for the Record of Appeal and Cross-Appeal

1. Universal Forest Products' Trial Brief and attached Exhibits A and B. (Filed 2/18/2005; Docket No. 106)

2. Plaintiff's Trial Brief. (Filed 2/18/2005; Docket No. 107)

3. Universal Forest Products' Closing Argument Statement and attached Exhibit A. (Filed 3/4/2005; Docket No. 110)

4. Plaintiff's Post-Trial Brief. (Filed 3/4/2005; Docket No. 111)

Statement of the Issue to be Presented on Cross-Appeal

    1.    Whether the Bankruptcy Court erred when it declined to award pre-judgment interest to Plaintiff without comment or findings.

Dated: July 7, 2005

Local Counsel

By: /s/ John T. Carroll
COZEN O'CONNOR
John T. Carroll, III, Esq., (#4060)
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
**Telephone:** (302) 295-2000 **Fax:** (302) 295-2013

and

Primary Counsel
(Please Contact Primary Counsel)

Joseph L. Steinfeld, Jr., DC SBN 297101,
MN SBN 0266292, VA SBN 18666
Karen M. Scheibe, Esq.
Kelly J. Shannon, Esq., MN SBN 0312952
Kelly L. Mangan, Esq.
A·S·K FINANCIAL LLP
2600 Eagan Woods Drive, Suite 220
Eagan, MN 55121
**Telephone:** (651) 406-9665 **Fax:** (651) 406-9676

Co-Counsel For Plaintiff, Hechinger Liquidation Trust, a successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtor in Possession