**CONNOLLY BOVE LODGE & HUTZ LLP**
ATTORNEYS AT LAW

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblh.com

Kevin F. Brady
TEL      (302) 888-6257
FAX      (302) 255-4257
EMAIL    kbrady@cblh.com
REPLY TO Wilmington Office

September 21, 2005

**By Hand Delivery**

Monica Mosley
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RECEIVED
SEP 2 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   Appeal: *Hechinger Investment Company of Delaware, Inc., et al.* –
      Case Nos. 05-cv-00497 and 05-498

Dear Monica:

I have met with counsel for the parties in mediation and was unable to resolve the cases. As a result, the mediation is completed and the appeal in these cases is ready to proceed.

Yours very truly,

Kevin F. Brady
(Bar No. 2248)

KFB/saj
cc:   Clerk, U.S. District Court
      John T. Carroll, III, Esquire
      Kevin J. Mangan, Esquire
      Kelly J. Shannon, Esquire
      Joseph Steinfeld, Esquire
      Conrad Hocking, Liquidation Trustee
      (418248)