IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Bk. No. 99-02261-PJW |
| HECHINGER INVESTMENT COMPANY ) | Chapter 11 |
| OF DELAWARE INC., et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| UNIVERSAL FOREST PRODUCTS INC., ) | Civil Action No. 05-497-KAJ |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| HECHINGER INVESTMENT COMPANY ) | |
| OF DELAWARE INC., et al., ) | |
| ) | |
| Appellees. ) | |

## ORDER

WHEREAS, the court having been informed that mediation of the captioned matter is complete, and the parties were unsuccessful in resolving their dispute,

IT IS HEREBY ORDERED that the parties shall confer and submit a briefing schedule to the court no later than October 7, 2005.

_____
UNITED STATES DISTRICT JUDGE

September 23, 2005
Wilmington, Delaware