UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.<br><br>　　　　　　　Debtor<br>_____<br><br>Universal Forest Products, Inc.<br><br>　　　　　　　Appellant,<br><br>vs.<br><br>Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, et al.,<br><br>　　　　　　　Appellee. | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11<br><br>Civil Action No. 05-497-KAJ |

## STIPULATED BRIEFING SCHEDULE

The Court entered an Order on September 23, 2005, requiring the above-captioned parties to confer and submit a briefing schedule to the Court on or before October 7, 2005.

NOW, THEREFORE, it is hereby agreed by Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, et al. ("Cross-Appellant/Appellee") and Universal Forest Products, Inc. ("Appellant"), by and through their attorneys that the following briefing schedule shall apply:

1. Appellant shall file and serve its brief on or before October 24, 2005.

2. Cross-Appellant/Appellee shall file and serve its reply brief, combined with its initial brief as cross-appellant, by November 23, 2005.

3. Appellant shall file and serve its reply brief, and its response to the initial arguments raised on cross-appeal, on or before December 9, 2005.

4. Cross-Appellant/Appellee shall file and serve its reply brief, limited to the issues raised in the cross-appeal, on or before December 28, 2005.

| ASK FINANCIAL, LLP | VARNUM, RIDDERING, SCHMIDT & HOWLETT, LLP |
|---|---|
| /s/ Joseph L. Steinfeld, Jr.<br>By:_____<br>Joseph L. Steinfeld, Jr.<br>Kelly J. Shannon<br>2600 Eagan Woods Drive, Suite 220<br>Eagan, MN 55121<br>651/406-9665<br>Attorneys for Cross-Appellant/Appellee | /s/ Michael S. McElwee<br>By:_____<br>Michael S. McElwee (P36088)<br>251 N. Rose Street, 4th Floor<br>Kalamazoo, MI 49007-3823<br>616/382-2300<br>Attorneys for Appellant |
| COZEN O'CONNOR | MONZACK AND MONACO, P.A. |
| /s/ John T. Carroll, III<br>By: _____<br>John T. Carroll, III (#4060)<br>Chase Manhattan Center<br>1201 N. Market Street<br>Suite 1400<br>Wilmington, DE 19801<br>302/ 295-2028<br>Attorneys for Cross-Appellant/Appellee | /s/ Kevin J. Mangan<br>By:_____<br>Kevin J. Mangan (#3810)<br>1201 N. Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE 19899<br>302/ 656-8162<br>Attorneys for Appellant |

**SO ORDERED,**

DATE: _____

_____
Kent A. Jordan
United States District Judge

2