## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | BK No. 99-02261-PJW |
| | (Jointly Administered) |
| Hechinger Investment Company of Delaware, Inc., et al. | |
| | Chapter 11 |
| Debtor | |
| _____ | Adv. No. 01-3170 |
| Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession, | |
| | Civil Action Nos. 05-497 and 05-498 (KAJ) |
| Plaintiff(s), | |
| vs. | |
| Universal Forest Products, Inc. | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the **Motion For Stay Pending Appeal And For Approval of Supersede As Bond** was made on April 3, 2006 upon:

**Via Hand Delivery**
John T. Carroll, Esquire
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801

**Via Federal Express**
Joseph L. Steinfeld, Jr., Esquire
A-S-K Financial LLP
2600 Eagan Woods Drive, Ste. 220
Eagan, MN 55121

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  April 3, 2006

_Heidi E. Sasso_
Heidi E. Sasso

Document #: 53629