UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of Delaware, Inc., et al.<br><br>　　　　　Debtor<br><br>―――――――――――――――<br><br>Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>　　　　　Defendant. | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11<br><br><br>Adv. No. 01-3170<br><br><br>**Civil Action Nos. 05-497 and 05-498**<br><br>**(KAJ)** |

### NOTICE OF SERVICE

Please take notice that on April 4, 2006 one copy of Defendant's Record and Issues on Appeal Pursuant to Fed.R.App.P. 6(b) was sent out for service by way of hand delivery John T. Carroll, Esquire, Cozen O'Connor, 1201 North Market Street, Suite 1400, Wilmington, Delaware 19801 and via regular U.S. Mail to Joseph L. Steinfeld, Jr., Esquire, A-S-K Financial LLP, 2600 Eagan Woods Drive, Ste. 220, Eagan, MN 55121..

Dated: April 4, 2006　　　　　　　　　　MONZACK AND MONACO, P.A.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Kevin J. Mangan (#3810)
　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　(302) 656-8162

Document #53658