IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| Hechinger Investment Company of Delaware, Inc., et al. | Civil Action Nos. 05-497, 05-498 |
| Debtor | BK No. 99-02261-PJW (Jointly Administered) |
| Hechinger Investment Company Of Delaware, Inc., et al., Debtors In Possession, | Chapter 11 |
| Plaintiff(s), vs. | Adv. No. 01-3170 |
| Universal Forest Products, Inc. | |
| Defendant. | |

**RECORD AND ISSUES ON APPEAL
PURSUANT TO FED. R. APP. P. 6(b)**

Universal Forest Products, Inc. ("UFP"), by and through its attorneys, hereby makes the following designation of the record to be certified and sent to the Circuit Clerk and statement of issues to be presented on appeal.

**RECORD ON APPEAL**

1. The record on appeal assembled in the District Court in accordance with Bankruptcy Rule 8006, including:

    (a) Transcript of trial proceedings.

    (b) Plaintiffs' Exhibits P1-P56 (all of Plaintiffs' Exhibits).

    (c) UFP's Exhibits D1-D63 (all of UFP's Exhibits).

    (d) Plaintiffs' First Amended Complaint.

Document #53656

(e) UFP's Answer to Plaintiffs' First Amended Complaint.

(f) UFP's Motion in Limine No. 1 (Spoliation of Evidence).

(g) UFP's Brief in Support of Motion in Limine No. 1 (Spoliation of Evidence), with attached exhibits.

(h) Plaintiffs' Brief in Opposition to UFP's Motion in Limine No. 1 (Spoliation of Evidence).

(i) Reply of UFP to Plaintiffs' Brief in Opposition to UFP's Motion in Limine No. 1 (Spoliation of Evidence), with exhibits.

(j) Bankruptcy Court's Order Denying UFP's Motion in Limine No. 1 (Spoliation of Evidence) dated October 12, 2004.

(k) Bankruptcy Court's Order Granting in Part and Denying Part UFP's Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment dated December 15, 2004.

(l) Bankruptcy Court's Memorandum Opinion regarding the Motions and Cross-Motions for Summary Judgment dated December 15, 2004.

(m) The "Joint Pretrial Memorandum."

(n) The Bankruptcy Court's JUDGMENT dated June 16, 2005.

(o) The Bankruptcy Court's Memorandum Opinion dated June 16, 2005.

(p) The District Court's Memorandum Order dated March 16, 2006.

(q) A certified copy of the District Court docket entries prepared by the Clerk under Rule 3(d).

(r) The Briefs filed by the parties in the District Court.

## ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court erred when it denied without opinion UFP's Motion in Limine No. 1 (Spoliation of Evidence), and whether the District Court erred when it affirmed the Bankruptcy Court's ruling.

2. Whether the Bankruptcy Court erred when it held that the "contemporaneous exchange" defense under 11 U.S.C. § 547(c)(1) never applies to credit transactions, and whether the District Court erred when it affirmed the Bankruptcy Court's ruling.

3. Whether the Bankruptcy Court erred when it held that a change in credit terms for new shipments destroys the "ordinary course of business" defense under 11 U.S.C. § 547(c)(2), and whether the District Court erred when it affirmed the Bankruptcy Court's ruling.

Respectfully submitted:

MONZACK AND MONACO, P.A.

Dated: April 4, 2006

_____
Kevin M. Mangan (#3810)
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
(302) 656-8162

and

VARNUM RIDDERING SCHMIDT & HOWLETT LLP
   Michael S. McElwee (P36088)
   333 Bridge Street, N.W., Suite 1700
   Grand Rapids, MI 49504
   (616) 336-6827

Attorneys for Defendants

1234713_1.DOC

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Hechinger Investment Company of<br>Delaware, Inc., et al.<br><br>            Debtor<br><br>Hechinger Investment Company<br>Of Delaware, Inc., et al., Debtors<br>In Possession,<br><br>            Plaintiff(s),<br><br>vs.<br><br>Universal Forest Products, Inc.<br><br>            Defendant. | BK No. 99-02261-PJW<br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. No. 01-3170<br><br>Civil Action Nos. 05-497 and 05-498 (KAJ) |

### CERTIFICATE OF SERVICE

I, Lorraine Diaz, certify that I am not less than 18 years of age, and that service of the Notice of Service, Record and Issues on Appeal Pursuant to Fed. R. App.P. 6(b) was made on April 4, 2006 upon:

**Via Hand Delivery**
John T. Carroll, Esquire
Cozen O'Connor
1201 North Market Street, Ste. 1400
Wilmington, DE 19801

**Via Regular U.S. Mail**
Joseph L. Steinfeld, Jr., Esquire
A-S-K Financial LLP
2600 Eagan Woods Drive, Ste. 220
Eagan, MN 55121

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 4, 2006

                                                                      Lorraine Diaz

Document #: 53657