

**A·S·K FINANCIAL**

*Insolvency Financial & Collection Legal Services*
2600 Eagan Woods Drive, Suite 220 • Eagan, Minnesota • 55121
(651) 406-9665 • Fax (651) 406-9676
www.askfinancial.com

Karen M. Scheibe, Esq. — ext. 845
*(admitted in North Dakota, South Dakota and Minnesota)*
kscheibe@askfinancial.com

**VIA UPS - OVERNIGHT DELIVERY**

April 27, 2006

Office of the Clerk
United States District Court - District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   Docket No. 06-2229 - Cross-Appeal to the Appeal Docketed as No. 06-2166
      In Re: Hechinger Investment Company of Delaware, Inc., et al.
      D.C. No. 05-cv-00497

Office of the Clerk:

Enclosed please find Hechinger Liquidation Trust's, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession, Appellee and Cross-Appellant, copy of the *Transcript Purchase Order*.

If you have any questions, or, require any additional information, please do not hesitate in contacting us. Thank you.

Very truly yours,

Karen M. Scheibe
Enclosures as Noted



RECEIVED APR 2 8 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

---

Los Angeles • 18653 Ventura Boulevard, #361 • Tarzan, CA 91356 • (818) 609-9268 • Fax (818) 609-9686
New York • 305 Madison Avenue, Suite 499 - 66, New York, NY 10165 • (800) 757-3161 • Fax (212) 957-1912

*A national law and financial services firm specializing in the contingency fee based analysis, recovery and/or defense of preferences, and the collection or purchase of accounts receivable, notes, and judgments for bankruptcy estates and commercial entities.*
*Established in 1983*