IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re                                          )
                                               )   Bk. No. 99-02261-PJW
HECHINGER INVESTMENT COMPANY                   )   Chapter 11
OF DELAWARE INC., et al.,                      )
                                               )   Adv. No. 01-3170
                          Debtors.             )
_____        )
HECHINGER LIQUIDATION TRUST, as                )
successor in interest of Hechinger             )
Investment Company of Delaware, et al.,        )
                                               )   Civil Action No. 05-497-KAJ
                          Plaintiffs,          )              05-498-KAJ
                                               )
          v.                                   )
                                               )
UNIVERSAL FOREST PRODUCTS,                     )
INC.,                                          )
                                               )
                          Defendant.           )

## ORDER

IT IS HEREBY ORDERED that Universal Forest Products, Inc.'s Motion for Stay

Pending Appeal and for Approval of Supersedeas Bond (D.I. 14) is GRANTED.

UNITED STATES DISTRICT JUDGE

May 22, 2006
Wilmington, Delaware