

**A·S·K**

**FINANCIAL**

*Insolvency Financial & Collection Legal Services*
2600 Eagan Woods Drive, Suite 400 • Eagan, Minnesota • 55121
(651) 406-9665 • Fax (651) 406-9676
www.askfinancial.com

Karen M. Scheibe, Esq. — ext. 845
(admitted in North Dakota, South Dakota and Minnesota)
kscheibe@askfinancial.com

**VIA UPS - OVERNIGHT DELIVERY**

August 29, 2007

Honorable Gregory M. Sleet, Chief Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 19
Wilmington, DE 19801

FILED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Re:   Docket No. 06-2166 and 06-2229
In Re: Hechinger Investment Company of Delaware, Inc., et al.
D.C. No. 05-cv-00497 and 05-cv-00498**

Dear Judge Sleet:

As counsel for Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession, Appellee/Cross-Appellant, we are writing to request that the above-referenced cases (the "Cases") be reassigned to a U.S. District Court Judge.[1] We are requesting the same so that an order for remand to the U.S. Bankruptcy Court for the District of Delaware can be issued pursuant to the *Judgment*, which was entered by the U.S. Court of Appeals for the Third Circuit on June 7, 2007. A copy of the *Judgment* is annexed hereto for your Honor's reference.

If there are any questions, or, if additional information is required, please do not hesitate in contacting us. We appreciate your Honor's consideration of this matter.

Respectfully Submitted,

Karen M. Scheibe
Enclosure as Noted

cc: Honorable Mary Pat Thynge, Magistrate Judge, U.S. District Court for the District of Delaware
Peter T. Dalleo, Clerk, U.S. District Court for the District of Delaware
Joseph L. Steinfeld, Jr. Esq.
John T. Carroll, Esq.
Henry Jaffe, Esq.
Kay S. Kress, Esq.
Michael S. McElwee, Esq.
Kevin J. Mangan, Esq.

---

[1] The Cases were previously assigned to U.S. District Court Judge, Honorable Kent A. Jordan, who subsequently joined to the U.S. Court of Appeals for the Third Circuit after issuing his opinion in the Cases.

Los Angeles • 18653 Ventura Boulevard, #361 • Tarzan, CA 91356 • (818) 609-9268 • Fax (818) 609-9686
New York • 305 Madison Avenue, Suite 499 - 66, New York, NY 10165 • (800) 757-3161 • Fax (212) 957-1912

*A national law and financial services firm specializing in the contingency fee based analysis, recovery and/or defense of preferences, and the collection or purchase of accounts receivable, notes, and judgments for bankruptcy estates and commercial entities.*
*Established in 1983*

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 06-2166 and 06-2229

IN RE: HECHINGER INVESTMENT COMPANY
OF DELAWARE, INC., ET AL.
Debtors

HECHINGER INVESTMENT COMPANY OF DELAWARE, INC.

v.

UNIVERSAL FOREST PRODUCTS, INC.,
Appellant No. 06-2166

IN RE: HECHINGER INVESTMENT COMPANY
OF DELAWARE, INC., ET AL.
Debtors

HECHINGER INVESTMENT COMPANY OF DELAWARE, INC.

v.

UNIVERSAL FOREST PRODUCTS, INC.

Hechinger Liquidation Trust, as successor in
interest to Hechinger Investment Company of
Delaware Inc., et al., Debtors in Possession,

Appellant No. 06-2229

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil No. 05-cv-00497)
District Judge: Honorable Kent A. Jordan

Argued on March 28, 2007

Before: RENDELL and CHAGARES, Circuit Judges.

JUDGMENT

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was argued on March 28, 2007. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 16, 2006, be and the same is hereby VACATED insofar as it affirms the judgment of the Bankruptcy Court for Hechinger and affirms the denial of

---

\* The Honorable Maryanne Trump Barry participated in the oral argument and panel conference and joined in the decision on this case, but discovered facts causing her to recuse from this matter prior to filing of the Opinion. The remaining judges are unanimous in this decision, and this Opinion and Judgment are therefore being filed by a quorum of the panel.

2

Hechinger's motion for prejudgment interest, and AFFIRMED insofar as it affirms the Bankruptcy Court's denial of UFP's spoliation motion. We hereby REMAND this matter to the District Court with instructions to remand to the Bankruptcy Court for a finding as to whether Hechinger intended the transfers at issue to be contemporaneous exchanges for new value, with the understanding that "credit" transactions are not categorically excluded from §547(c)(1), and for an explanation of the Court's reasons for denying Hechinger's request for prejudgment interest. All of the above in accordance with the opinion of this Court. Each party to bear its own costs.

                          ATTEST:

                          /s/ Marcia M. Waldron
                          Marcia M. Waldron, Clerk

Dated: June 7, 2007

Certified as a true copy and issued in lieu of a formal mandate on 7/6/07

Teste: *Marcia M. Waldron*
Clerk, U.S. Court of Appeals for the Third Circuit

3

