

**ASK FINANCIAL**

Insolvency Financial & Collection Legal Services
2600 Eagan Woods Drive, Suite 400 • Eagan, Minnesota • 55121
(651) 406-9665 • Fax (651) 406-9676
www.askfinancial.com

Karen M. Scheibe, Esq. — ext. 845
*(admitted in North Dakota, South Dakota and Minnesota)*
kscheibe@askfinancial.com

**VIA UPS - OVERNIGHT DELIVERY**

September 25, 2007

Honorable Gregory M. Sleet, Chief Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 19
Wilmington, DE 19801

**FILED**
SEP 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   Docket No. 06-2166 and 06-2229
      **In Re: Hechinger Investment Company of Delaware, Inc., et al.**
      D.C. No. 05-cv-00497 and 05-cv-00498

Dear Judge Sleet:

As counsel for Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession, Appellee/Cross-Appellant, we are writing in furtherance of our letter to your Honor dated August 29, 2007 wherein we requested that the above-referenced cases (the "Cases") be reassigned to a U.S. District Court Judge.[1]  A copy of our August 29, 2007 correspondence is enclosed herewith for your Honor's reference.

As soon as the Cases have been reassigned to a U.S. District Court Judge, we request that the Court enter the enclosed proposed draft *Order for Remand* to the U.S. Bankruptcy Court for the District of Delaware pursuant to the *Judgment*, which was entered by the U.S. Court of Appeals for the Third Circuit on June 7, 2007.  If there are any questions, or, if additional information is required, please do not hesitate in contacting us.  We appreciate your Honor's consideration of this matter.

Respectfully Submitted,

*Karen M. Scheibe*
Karen M. Scheibe
Enclosures as Noted

cc: Honorable Mary Pat Thynge, Magistrate Judge, U.S. District Court for the District of Delaware
    Peter T. Dalleo, Clerk, U.S. District Court for the District of Delaware
    Joseph L. Steinfeld, Jr. Esq.
    John T. Carroll, Esq.
    Henry Jaffe, Esq.
    Kay S. Kress, Esq.
    Michael S. McElwee, Esq.
    Kevin J. Mangan, Esq.

---

[1] The Cases were previously assigned to U.S. District Court Judge, Honorable Kent A. Jordan, who subsequently joined to the U.S. Court of Appeals for the Third Circuit after issuing his opinion in the Cases.

Los Angeles • 18653 Ventura Boulevard, #361 • Tarzan, CA 91356 • (818) 609-9268 • Fax (818) 609-9686
New York • 305 Madison Avenue, Suite 499 - 66, New York, NY 10165 • (800) 757-3161 • Fax (212) 957-1912

*A national law and financial services firm specializing in the contingency fee based analysis, recovery and/or defense of preferences, and the collection or purchase of accounts receivable, notes, and judgments for bankruptcy estates and commercial entities.*
*Established in 1983*