

**A·S·K**

**FINANCIAL**

*Insolvency Financial & Collection Legal Services*
2600 Eagan Woods Drive, Suite 400 • Eagan, Minnesota • 55121
(651) 406-9665 • Fax (651) 406-9676
www.askfinancial.com

Karen M. Scheibe, Esq. — ext. 845
*(admitted in North Dakota, South Dakota and Minnesota)*
kscheibe@askfinancial.com

**VIA UPS - OVERNIGHT DELIVERY**

August 29, 2007

Honorable Gregory M. Sleet, Chief Judge
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Lockbox 19
Wilmington, DE 19801

FILED
SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re:   Docket No. 06-2166 and 06-2229
      In Re: Hechinger Investment Company of Delaware, Inc., et al.
      D.C. No. 05-cv-00497 and 05-cv-00498

Dear Judge Sleet:

As counsel for Hechinger Liquidation Trust, as successor in interest to Hechinger Investment Company of Delaware, Inc., *et al.*, Debtors in Possession, Appellee/Cross-Appellant, we are writing to request that the above-referenced cases (the "Cases") be reassigned to a U.S. District Court Judge.[1] We are requesting the same so that an order for remand to the U.S. Bankruptcy Court for the District of Delaware can be issued pursuant to the *Judgment*, which was entered by the U.S. Court of Appeals for the Third Circuit on June 7, 2007. A copy of the *Judgment* is annexed hereto for your Honor's reference.

If there are any questions, or, if additional information is required, please do not hesitate in contacting us. We appreciate your Honor's consideration of this matter.

Respectfully Submitted,

Karen M. Scheibe
Enclosure as Noted

cc:  Honorable Mary Pat Thynge, Magistrate Judge, U.S. District Court for the District of Delaware
     Peter T. Dalleo, Clerk, U.S. District Court for the District of Delaware
     Joseph L. Steinfeld, Jr. Esq.
     John T. Carroll, Esq.
     Henry Jaffe, Esq.
     Kay S. Kress, Esq.
     Michael S. McElwee, Esq.
     Kevin J. Mangan, Esq.

---

[1] The Cases were previously assigned to U.S. District Court Judge, Honorable Kent A. Jordan, who subsequently joined to the U.S. Court of Appeals for the Third Circuit after issuing his opinion in the Cases.

Los Angeles • 18653 Ventura Boulevard, #361 • Tarzan, CA 91356 • (818) 609-9268 • Fax (818) 609-9686
New York • 305 Madison Avenue, Suite 499 - 66, New York, NY 10165 • (800) 757-3161 • Fax (212) 957-1912

*A national law and financial services firm specializing in the contingency fee based analysis, recovery and/or defense of preferences, and the collection or purchase of accounts receivable, notes, and judgments for bankruptcy estates and commercial entities.*
*Established in 1983*